UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HUEY NGUYEN,<br><br>               Plaintiff,<br>v.<br><br>CRYSTAL BAY CASINO, LLC,<br><br>               Defendant. | Case No. 3:23-cv-00092-MMD-CLB<br><br><br><br><br><br>*and related case* |
| FERNANDO MENDOZA, *et al.*,<br><br>               Plaintiffs,<br>v.<br><br>CRYSTAL BAY CASINO, LLC,<br><br>               Defendant. | Case No. 3:23-cv-00099-ART-CSD<br><br>Reassignment and<br>Consolidation Order |

Defendant Crystal Bay Casino, LLC has moved to consolidate the above referenced cases. (ECF No. 21 in Case No. 3:23-cv-00092-MMD-CLB and ECF No. 27 in Case No. 3:23-cv-00099-ART-CSD.) The presiding district judges agree that these two cases are related and will grant Defendant's unopposed motions to consolidate.

It is therefore ordered that Case No. 3:23-cv-00099-ART-CSD is reassigned to Chief Judge Miranda Du. The Clerk of Court is directed to update Case No. 3:23-cv-00099-ART-CSD to appear as Case No. 3:23-cv-00099-MMD-CSD.

It is further ordered that Case No. 3:23-cv-00099-MMD-CSD is consolidated into Case No. 3:23-cv-00092-MMD-CLB. The Clerk of Court is directed to update the docket accordingly.

The Clerk of Court is further directed to administratively close Case No. 3:23-cv-00099-MMD-CSD.

It is further ordered that all future pleadings must bear Case No. 3:23-cv-00092-MMD-CLB.

It is further ordered that Plaintiffs must file a consolidated complaint within 30 days of the date of this order.

It is further ordered that Defendant's pending motions to dismiss filed before consolidation (ECF No. 23 in Case No. 3:23-cv-00092-MMD-CLB and ECF No. 29 in Case No. 3:23-cv-00099-ART-CSD) are denied without prejudice to re-filing in Case No. 3:23-cv-00092-MMD-CLB, appropriately updated in response to the forthcoming consolidated complaint.

DATED THIS 30th Day of May 2023.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE