David K. Lietz *pro hac vice*
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue NW, Suite 440
Washington, D.C. 20015-2052
Telephone: (866) 252-0878
Facsimile: (202) 686-2877
dlietz@milberg.com

Thiago M. Coelho, *pro hac vice*
*thiago@wilshirelawfirm. com*
Carolin K. Shining, CA SBN 201140
*cshining@wilshirelawfirm.com*
Jennifer M. Leinbach, CA SBN 281404
*jleinbach@wilshirelawfirm.com*
Jesenia Martinez, CA SBN 316969
*jesenia.martinez@wilshirelawfirm.com*
Jesse S. Chen, CA SBN 336294
*jchen@wilshirelawfirm.com*
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiffs
and Proposed Class*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO MENDOZA, SOPHIA MENDOZA, and HUEY NGUYEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRYSTAL BAY CASINO, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No. 3:23-cv-00092- MMD-CLB<br><br>**STIPULATION TO STAY PROCEEDINGS PENDING MEDIATION** |

Plaintiffs Fernando Mendoza, Sophia Mendoza and Huey Nguyen ("Plaintiffs") together with Defendant Crystal Bay Casino, LLC ("CBC" or "Defendant") hereby stipulate to stay the proceedings in this matter and respectfully request that this Court enter an order staying proceedings to give the parties the opportunity to explore early resolution of the action through private mediation.

Following the filing of Plaintiffs' consolidated complaint on June 30, 2023, Counsel for Plaintiffs discussed with counsel for Defendant the possibility of resolving the action through private mediation. The parties subsequently agreed to mediate and are currently working together to find a mutually agreeable date on which to conduct the mediation.

This is the parties' first request to stay the proceedings in this matter, and the stipulation is not sought for purposes of delay. Rather, the parties request a stay to permit them to focus their time and resources on settlement discussions. The parties will file a Joint Status Report within sixty (60) days after an order on this stipulation is issued and will inform the court as to the date of mediation and the parties' choice of mediator.

Dated: July 6, 2023                               Respectfully Submitted,

/s/ *David K. Lietz*
David K. Lietz
*pro hac vice*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

/s/ *Seth Bayles*
Seth Bayles, Nevada Bar No. 15700
**BAYLES LAW GROUP, PLLC**

/s/ *Thiago M. Coelho*
Thiago M. Coelho*
*pro hac vice forthcoming*
**WILSHIRE LAW FIRM, PLC**

*Attorneys for Plaintiffs*

          /s/ *Kiley A. Harrison*
          Kiley A. Harrison (NSBN 16092)
          **McDONALD CARANO LLP**

          /s/ *James W. Davidson*
          James W. Davidson
          *pro hac vice*
          **O'HAGAN MEYER**

## ORDER

IT IS HEREBY ORDERED that litigation is stayed during the pendency of mediation. The parties shall file a Joint Status Report informing the Court as to the date on which the parties intend to mediate and their choice of mediator within sixty (60) days of this Order.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: July 6, 2023