# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FERNANDO MENDOZA, SOPHIE MENDOZA, and HUEY NGUYEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>CRYSTAL BAY CASINO, LLC.,<br><br>Defendant. | Case No. 3:23-cv-00092-MMD-CLB<br><br>Assigned to: Hon. Miranda M. Du<br><br>**ORDER CONVERTING FINAL APPROVAL HEARING TO REMOTE HEARING** |

**PURSUANT TO THE PARTIES' JOINT MOTION, FOR GOOD CAUSE SHOWN AND IN AN EXERCISE OF THIS COURT'S DISCRETION, THE COURT ORDERS AS FOLLOWS:**

The Court hereby converts the in-person hearing currently set for Monday, August 5, 2024 at 1:30 pm PT to a remote hearing.

The Court will circulate log-in instructions for the videoconference, and directs the Parties to post such instructions on the Settlement Website.

Should any Settlement Class Member appear in-person at the Reno Courthouse, the Court will make the necessary accommodations to permit them to participate in the hearing, as if it were still being conducted in-person.

DATED this 30th day of July, 2024.

_____
MIRANDA M. DU
CHIEF U.S. DISTRICT JUDGE